UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHABBIR CHOUDHURY,

    Plaintiff,

-against-                      **NOTICE OF SETTLEMENT**

                                        Docket No.: 1:17-cv-05398-NG-VMS

RECEIVABLES PERFORMANCE MANAGEMENT LLC,

    Defendant,
_____/

    **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

Dated: March 13, 2018

                                                       Respectfully submitted,

                                                        ___**s/Subhan Tariq**_____
                                                        Subhan Tariq, Esq.
                                                        Attorney I.D. No. ST9597
                                                        The Tariq Law Firm, PLLC
                                                        **Attorney for Plaintiff**
                                                        68 Jay Street – Suite 201
                                                        Brooklyn, NY 11201
                                                        Telephone: (718) 674-1245
                                                        Facsimile: (516) 453-0490
                                                        Email: subhan@tariqlaw.com