

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHABBIR CHOUDHURY,            Civil Action No: 1:17-cv-05398-NG-VMS

    Plaintiff,

-against-                                 **STIPULATION OF DISMISSAL**
                                                      **WITH PREJUDICE**

RECEIVABLES PERFORMANCE MANAGEMENT LLC,

    Defendant,
_____/

To the Clerk of the above-named Court:

    It is hereby agreed by the undersigned parties and attorneys for Plaintiff Shabbir Choudhury, and Defendant Receivables Performance Management LLC, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

**The Tariq Law Firm, PLLC**          **Law Offices of Peter Cipparulo, III, LLC**
*Attorney for Plaintiff*                     *Attorney for Defendant*
*Shabbir Choudhury*                    *Receivables Performance Management LLC*

By: /s/Subhan Tariq                 By: /s/ Peter Cipparulo, III
    Subhan Tariq, Esq.                     Peter Cipparulo, III, Esq.

68 Jay Street, Suite 201              349 Route 206
Brooklyn, NY 11201                  Suite K
Tel No: (718) 674-1245             Hillsborough, NJ 08844
                                       Tel No: (908) 275-8777

So Ordered.
/s/ Nina Gershon    USDJ
5-31-18